# United States Court of Appeals
## for the Federal Circuit

---

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**

*Plaintiff-Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STATES STEEL CORPORATION, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, NUCOR CORPORATION,**

*Defendants-Appellees*

---

2024-2249

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00351-GSK, Judge Gary S. Katzmann.

---

## MANDATE

---

In accordance with the judgment of this Court, entered June 1, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 23, 2026
Date